UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDAY HINTON, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>       Defendant. | Civil Action No. 1:21-cv-1295-JDB |

**DECLARATION OF JESS WATKINS**

I, Jess Watkins, declare as follows:

1. My name is Jess Watkins. I am a transgender woman and I am currently detained at the D.C. Jail. I was arrested for my involvement in the January 6 Capitol riot and transferred to the D.C. Department of Corrections (DOC) on February 10, 2021.

2. As soon as I was in booking, DOC officials separated me and asked me a bunch of questions related to my identity, including if I was on hormones. I told them I was previously taking hormones and needed to be back on them. I asked to see a therapist.

3. I also asked to be housed with the women because I am a woman. Officials told me that that was impossible because the Transgender Housing Committee doesn't meet because of COVID. They said that they had to put me in protective custody with the men. They said that because they didn't know what was between my legs, they were going to assign me based on my birth gender.

1

4. I decided to drop it after that because I figured that was the end of that. Every facility I have been at, officials have forced me into solitary confinement or housed me with the men, so I figured there was no other option.

5. I was held in a quarantine unit in the men's facility. I was then transferred to a protective custody men's unit with all the other Capitol riot people. The only people in this unit are Capitol riot people and some people on pedophilia charges.

6. For the first month and a half, I was never offered a shower. I was told that I had to shower alone, but no one let me out to shower. I made multiple complaints so they would give me a shower. But correctional officers (COs) often forget to let me out to shower, so I shower about once a week. Some of the men would stare at me which made me uncomfortable.

7. I also was not allowed to take recreation with others for a month, so I had to be alone in my cell while everyone else was let out for recreation. I would get let out to take recreation at the end of the day by myself.

8. Officers also come by every other week or so with a green paper that they tell us to sign saying that we need to stay in protective custody. For many months, that form misgendered me, saying "he" instead of "she." At one point, I even wrote in bold on the form to stop calling me a "he." I have seen people push the form away or refuse to sign it, but they have never transferred anyone out of the protective custody unit.

9. Around two weeks ago, COs came and said the case manager wanted to talk to me. I went and met with a DOC official. I don't remember her name, but she said she was with the Transgender Housing Committee. She had a form and a pen. She said that she needed me to sign the form saying I was willing to stay here in the protective custody men's unit. I asked her why and she said she had to do it because of something related to compliance. She asked if I was

comfortable. I said no, because I had to take my rec alone for the first month and I have to shower alone. She said, "OK, I need you to sign here." She kept pointing me to the space saying I wanted to be housed based on the sex I was assigned at birth.

10. She asked about showers and I told her about being stared at by the pedophiles and that because I have to shower alone, the COs often forget me, so I only get to shower once a week. I also told her I wanted a therapist.

11. She told me "OK, go ahead and sign here." She said that because of my involvement in the Capitol, they're very unlikely to move me. She kept telling me to sign, so eventually I said screw it and signed. I did not have a chance to talk to my attorney before signing.

12. I filed something last Tuesday telling officials that I was pressured to sign this form and that I want to be moved to the women's unit. I intend to write on the next green paper they bring that I want to be moved into the women's unit, and then file a formal grievance explaining I was pressured to sign a form.

13. I am still being held in protective custody with the men. I want to be transferred to be housed with the women.

I, Megan Yan, certify that a copy of the foregoing was sent to Jess Watkins and that she affirmed the foregoing is true and correct on June 1, 2021.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: June 1, 2021                                            /s/Megan Yan
                                                                Megan Yan