UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDAY HINTON, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　　　　Defendant. | Civil Action No. 21-cv-01295 |

**JOINT STATUS REPORT**

Pursuant to the Court's March 9, 2022, Minute Order, the Parties submit this joint status report.

The Parties have reached a settlement and are awaiting full execution of the agreement. Accordingly, the Parties request a 5-day extension of the Court's Order staying this case, until March 28, 2022. The Parties envision that a notice of settlement will be filed prior to the expiration of the requested stay.

Dated:  March 23, 2022.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　CHAD COPELAND
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　*/s/ Fernando Amarillas*
　　　　　　　　　　　　　　　　FERNANDO AMARILLAS [974858]
　　　　　　　　　　　　　　　　Assistant Deputy Attorney General

　　　　　　　　　　　　　　　　*/s/ Pamela Disney*
　　　　　　　　　　　　　　　　PAMELA DISNEY [1601225]

BRENDAN HEATH [1619960]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 807-0371
pamela.disney@dc.gov

*Counsel for Defendants*

/s/ Scott Michelman
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation
   of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
202-601-4267
smichelman@acludc.org

Rachel Cicurel[*] (D.C. Bar No. 1024378)
Public Defender Service for the District of Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
202-824-2774
rcicurel@pdsdc.org

*Counsel for Plaintiff*

---

[*] In accordance with D.D.C. L.Cv.R. 83.2(g), this attorney certifies that she: (i) is a member in good standing of the D.C. Bar; (ii) is representing a client who is indigent within the meaning of L.Cv.R. 83.2(g), at no cost to the client; (iii) has never been subject to disciplinary complaint or sanction by any court or other disciplinary authority; and (iv) possesses a copy of the Local Rules of this District and is familiar with the rules generally and as they pertain to this proceeding.