UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDAY HINTON, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | Civil Action No. 21-cv-01295 |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant hereby notify the Court that they have reached a settlement in the above-captioned case. Within 7 days of the completion of certain actions agreed to by the Defendant as set forth fully in the agreement, Plaintiff will file a stipulation of dismissal with prejudice.

Dated: March 23, 2022    Respectfully submitted,

              */s/ Scott Michelman*
              Scott Michelman (D.C. Bar No. 1006945)
              Arthur B. Spitzer (D.C. Bar No. 235960)
              Michael Perloff (D.C. Bar No. 1601047)
              American Civil Liberties Union Foundation
                of the District of Columbia
              915 15th Street NW, Second Floor
              Washington, D.C. 20005
              202-601-4267
              smichelman@acludc.org

Rachel Cicurel[*] (D.C. Bar No. 1024378)
Public Defender Service for the District of Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
202-824-2774
rcicurel@pdsdc.org

*Counsel for Plaintiff*

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Pamela Disney*
PAMELA DISNEY [1601225]
BRENDAN HEATH [1619960]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 807-0371
pamela.disney@dc.gov

*Counsel for Defendants*

---

[*] In accordance with D.D.C. L.Cv.R. 83.2(g), this attorney certifies that she: (i) is a member in good standing of the D.C. Bar; (ii) is representing a client who is indigent within the meaning of L.Cv.R. 83.2(g), at no cost to the client; (iii) has never been subject to disciplinary complaint or sanction by any court or other disciplinary authority; and (iv) possesses a copy of the Local Rules of this District and is familiar with the rules generally and as they pertain to this proceeding.