UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNDAY HINTON, on behalf of herself and others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA,<br><br>                              Defendant. | Civil Action No. 21-cv-01295 |

**NOTICE OF FILING**

For the Court's information, Plaintiff files herewith the settlement agreement in this case.

Dated: March 23, 2022

Respectfully submitted,

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
Michael Perloff (D.C. Bar No. 1601047)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
202-601-4267
smichelman@acludc.org

Rachel Cicurel[*] (D.C. Bar No. 1024378)
Public Defender Service for the District of Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
202-824-2774
rcicurel@pdsdc.org

*Counsel for Plaintiff*

---

[*] In accordance with D.D.C. L.Cv.R. 83.2(g), this attorney certifies that she: (i) is a member in good standing of the D.C. Bar; (ii) is representing a client who is indigent within the meaning of L.Cv.R. 83.2(g), at no cost to the client; (iii) has never been subject to disciplinary complaint or sanction by any court or other disciplinary authority; and (iv) possesses a copy of the Local Rules of this District and is familiar with the rules generally and as they pertain to this proceeding.